HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
DIANN LOPEZ DELEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DIANN LOPEZ DELEON,<br><br>Defendant. | Case No. 1:18-po-00300-SAB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Michael Tierney, counsel for the plaintiff, and Assistant Federal Defender Hope Alley, counsel for Diann Lopez Deleon, that the Court continue the February 7, 2019 status conference to March 21, 2019 at 10:00 a.m.

    There are outstanding interview requests to witnesses for information on what was observed and heard. Until there is more factual development, the parties cannot proceed. Accordingly, the parties request additional time to further investigate the case in hopes of reaching a resolution.

//

//

//

//

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: February 4, 2019        */s/ Michael Tierney*
                              Michal Tierney
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: February 4, 2019        */s/ Hope Alley*
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              DIANN LOPEZ DELEON

## **O R D E R**

The Court accepts the above stipulation and adopts its terms as the order of this Court. Accordingly, the February 7, 2019 status conference set in Case No. 1:18-po-00300-SAB is hereby continued to March 21, 2019 at 10:00 a.m.

IT IS SO ORDERED.

Dated: **February 5, 2019**

UNITED STATES MAGISTRATE JUDGE