1  McGREGOR W. SCOTT
   United States Attorney
2  GARY M. LEUIS
   Special Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,      | Case No. 1:18-po-00300-SAB
12 |         Plaintiff,             | [Citation #7418385]
13 | v.                             | MOTION AND ORDER FOR DISMISSAL
14 | DIANNLOPEZ DELEON              |
15 |         Defendant.             |

        The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:18-po-00300-SAB [Citation #7418385] against DIANNLOPEZ DELEON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.


DATED: March 19, 2019              Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Gary M. Leuis
                                   GARY M. LEUIS
                                   Special Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Case Number 1:18-po-00300-SAB [Citation #7418385] against DIANNLOPEZ DELEON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **March 19, 2019**

UNITED STATES MAGISTRATE JUDGE